**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|  |  |
|---|---|
| **In re:** | : |
|  | : |
| **Roy Hughes, Jr.** | : **Case No.: 17-17418** |
|  | : **Chapter 13** |
| **Debtor.** | : **Judge Donald R. Cassling** |
|  | : * * * * * * * * * * * * * * * * * * * * |
|  | : |

# NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 19)

Now comes Nationstar Mortgage LLC ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on July 7, 2017.

Respectfully submitted,

    /s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

1

17-020943_SEN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Jeff Whitehead, Attorney for Roy Hughes, Jr., 105 West Madison Street, Suite 9000, Chicago, IL 60602, jeffwhitehead_2000@yahoo.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 12, 2017:

Roy Hughes, Jr., 2901 South Michigan, Apt. 310, Chicago, IL 60616

Roy Hughes, Jr., 2122 W 68th Pl, Chicago, IL 60636

/s/ Todd J. Ruchman